# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 25-0928-JPR**                                      Date: **June 24, 2025**
Title:  **Robert Cauley v. James McGrew et al.**
===========================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause for Failure to Prosecute**
===========================================================

PRESENT:

### HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE

|  |  |
|---|---|
| Bea Martinez | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
            None present                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

 On May 15 and May 29, respectively, the Clerk entered default against Defendants James McGrew and Next Level Holdings, LLC, respectively.  Plaintiff has taken no action in the case since then.  No later than 30 days from the date of this Order, Plaintiff must move for entry of default judgment against Defendants or this case may be dismissed for failure to prosecute.

Initials of Deputy Clerk: bm